THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Larry Gene
 Martin, Appellant.
 
 
 

Appeal from Horry County
 Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No.  2008-UP-218
 Submitted April 1, 2008  Filed April 7,
 2008  

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney, Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Larry Gene Martin appeals his
 guilty plea for criminal sexual conduct with a minor in the second degree.  The
 trial judge sentenced him to eighteen years imprisonment.  Martin claims the trial court failed to adequate advise him
 regarding the waiver of his constitutional rights in violation of Boykin v. Alabama, 395 U.S. 238 (1969). 
 Martins counsel attached a petition to be relieved, stating he reviewed the record and concluded this
 appeal lacks merit.  Martin filed a pro se response brief.  After a thorough
 review of the record, counsels brief and Martins pro se brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss his appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS JJ., concur

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.